UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY NEAL, *pro se,*

    Plaintiff,

v.                       Case No. 8:09-cv-40-T-30EAJ

CITY OF TAMPA, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. #42). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, with each party to bear their own attorney's fees and costs arising from this action.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 19, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-40.dismissal 42.wpd